1  FRISELLA LAW, APC
   Lisa Frisella (SBN 216504)
2  lisa@frisellalaw.com
   Kimberly D. Nelson (SBN 216571)
3  kim@frisellalaw.com
   840 Newport Center Drive, Suite 400
4  Newport Beach, CA 92660
   Tel.: 949.760.0991
5  Fax: 949.760.5200
   *Attorneys for Plaintiff* Blaise Williams
6
   MORGAN, LEWIS & BOCKIUS LLP
7  Scott T. Schutte (*pro hac vice*)
   scott.schutte@morganlewis.com
8  77 West Wacker Drive
   Chicago, IL  60601
9  Tel:   312.324.1000
   Fax:  312.324.1001
10 *Attorneys for Defendant* Mitchell International, Inc.

11 [Additional Counsel Identified in Signature Blocks]

12             UNITED STATES DISTRICT COURT

13             SOUTHERN DISTRICT OF CALIFORNIA

14

15 | Blaise Williams, individually, and on behalf of all others similarly situated, | Case No. 17-cv-2282-AJB-BGS |
|---|---|
| 16 Plaintiffs | |
| 17 vs. | **UNOPPOSED MOTION TO SET PLAINTIFF'S MOTION FOR CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE** |
| 18 Progressive County Mutual Insurance Company, Progressive Corporation, Progressive Casualty Insurance Company, and Mitchell International, Inc., | |
| 19 | **[ORDER SUBMITTED HEREWITH]** |
| 20 | |
| 21 Defendants. | |

22        Defendant Mitchell International, Inc. ("Mitchell") hereby files this

23 Unopposed Motion pursuant to Local Rule 7.1 and requests that this Court enter a

24 briefing schedule and set a hearing date for Plaintiff's Motion for Class

25 Certification. In support of this Unopposed Motion, Mitchell states as follows:

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1.      Plaintiff's original deadline to file his Motion for Class Certification was November 27, 2019. (Dkt No. 80). The Court set a hearing date for the Motion for Class Certification in front of Judge Battaglia for March 18, 2020.

2.      On November 15, 2019, Plaintiff subsequently filed a Joint Motion for Extension of Time to File Motion for Class Certification. (Dkt No. 83).

3.      The Court granted the motion in part and extended Plaintiff's deadline to file his Motion for Class Certification to the requested date of January 13, 2020. (Dkt No. 84). The Court instructed, "at the time of filing, Plaintiff will contact Judge Battaglia's chambers to receive a hearing date, pursuant to his chamber's rules, and a briefing schedule will be issued accordingly."

4.      Plaintiff filed his Motion for Class Certification on January 13, 2020[1] (Dkt No. 85-1), and the Court provided a hearing date of March 12, 2020 at 2 p.m. However, Plaintiff did not obtain a briefing schedule.

5.      Mitchell requests that this Court enter an order that sets the due date for Mitchell's Opposition to Plaintiff's Motion for Class Certification for March 2, 2020, that the Court set the date for Plaintiff's Reply for March 16, 2020, and that the Court set a hearing date for the Motion for Class Certification for the week of March 30, 2020 or thereafter at a date and time convenient for the Court.

6.      In support of this schedule, Mitchell submits the following:

> a.  Mitchell's lead counsel in this matter (Scott T. Schutte) is also Mitchell's lead counsel in a case captioned *Richardson et al. v. Progressive et al.,* pending as Case No. 2:18-cv-715-ftm-99mrm in the Middle District of Florida.  Mitchell must file its Opposition to a Motion for Class Certification on February 7,

---

[1] Defendants acknowledge that Plaintiff immediately withdrew his Motion due to a failure to file under seal.  Defendants do not contend untimeliness of filing.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1

UNOPPOSED MOTION TO SET PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
BRIEFING SCHEDULE AND HEARING DATE
CASE NO. 17-CV-2282-AJB-BGS

2020.  There also are likely to be out-of-town depositions of third-party witnesses during the week of February 21, 2020.

    b.  Mitchell's lead counsel in this matter is also lead counsel for Jackson National Life Insurance Company ("Jackson") in a lawsuit captioned *Nofsinger v. Jackson National Life Insurance Company*, pending as Case No. 17-cv-03367 in the Northern District of Illinois.  Jackson's opposition to Plaintiff's Motion for Class Certification is due February 21, 2020.

    c.  Mitchell's lead counsel in this matter has a long-scheduled obligation to be in Miami for a business-related matter on March 11-12, 2020, which overlaps with the date that the Court provided for the hearing on Plaintiff's Motion for Class Certification in this matter.

7.    Mitchell's counsel has conferred with Plaintiff's counsel about the schedule proposed in this Motion, and Plaintiff's counsel is in agreement with the schedule set forth herein.

WHEREFORE, Mitchell respectfully requests that this Court grant this Unopposed Motion, and set the deadline for Mitchell's response to Plaintiff's Motion for Class Certification for March 2, 2020 and for Plaintiff's reply for March 16, 2020, and schedule a hearing on Plaintiff's Motion for the week of March 30, 2020.  A proposed order is submitted herewith.

Respectfully Submitted,

Dated:  January 31, 2020           MORGAN, LEWIS & BOCKIUS LLP

By  /s/ *Scott Schutte*
    Scott Schutte

MORGAN, LEWIS & BOCKIUS LLP
Scott T. Schutte (*pro hac vice*)
scott.schutte@morganlewis.com

Morgan, Lewis &
Bockius LLP
Attorneys At Law

2

UNOPPOSED MOTION TO SET PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
BRIEFING SCHEDULE AND HEARING DATE
CASE NO. 17-CV-2282-AJB-BGS

1          Tedd M. Warden (*pro hac vice*)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Tedd M. Warden (*pro hac vice*)
tedd.warden@morganlewis.com
77 West Wacker Drive
Chicago, IL  60601
Tel:   312.324.1000
Fax:   312.324.1001

Lisa Veasman (SBN 259050)
Lisa.veasman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel.:  213.612.2500
Fax:   213.612.2501

GORDON REES SCULLY
MANSUKHANI, LLP
Kevin W. Alexander
kalexander@gordonrees.com
Matthew Paul Nugent
mnugent@gordonrees.com
101 West Broadway, Suite 2000
San Diego, CA 92101
Tel:   619.696.6700
Fax:   619.696.7124

***Attorneys for Defendant***
MITCHELL INTERNATIONAL, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

3

UNOPPOSED MOTION TO SET PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
BRIEFING SCHEDULE AND HEARING DATE
CASE NO. 17-CV-2282-AJB-BGS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on January 31, 2020, I electronically filed the foregoing **JOINT MOTION TO EXTEND THE DATE FOR RESPONSIVE PLEADINGS** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that the participants in the case that are registered CM/ECF users will receive service by the CM/ECF system.

            _/s/ Scott Schutte_
            Scott Schutte

Morgan, Lewis &
Bockius LLP
Attorneys At Law

4

UNOPPOSED MOTION TO SET PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
BRIEFING SCHEDULE AND HEARING DATE
CASE NO. 17-CV-2282-AJB-BGS