1

2
Lisa J. Frisella (SBN 216504)
Kimberly D. Neilson (SBN 216571)
**FRISELLA LAW, APC**

3
2139 First Ave., Suite 200

4
San Diego, California 92101
Telephone: (619) 260-3500

5
Facsimile:  (619) 260-3600
Email: lisa@frisellalaw.com

6
        kim@frisellalaw.com

7

8
Bruce Steckler (SBN 00785039)
Dean Gresham (SBN 24027215)

9
Stuart Cochran (SBN 24027936)

10
L. Kirstine Rogers (SBN 24033009)
**STECKLER GRESHAM COCHRAN PLLC**

11
12720 Hillcrest Road, Suite 1045

12
Dallas, TX 75230
Telephone: (972) 387-4040

13
Facsimile: (972) 387-4041

14
Email: bruce@stecklerlaw.com
        dean@stecklerlaw.com

15
        stuart@stecklerlaw.com

16
        krogers@stecklerlaw.com

17
John T. Palter (SBN 15441500)

18
**PALTER SIMS MARTINEZ, PLLC**
8115 Preston Road, Suite 600

19
Dallas, TX 75225

20
Telephone: (214) 888-3111
Facsimile: (214) 888-3109

21
Email: jpalter@palterlaw.com

22

23
Attorneys for Plaintiff Blaise Williams
And the Proposed Class

24

25

26

27

28

1

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3  BLAISE WILLIAMS, individually, 4  and on behalf of all others similarly situated, | CASE NO. 17-cv-2282-AJB-BGS |
| 5      Plaintiffs, | |
| 6  v. | **NOTICE OF WITHDRAWAL OF DOCUMENT FROM DOCKET** |
| 7  PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, 8  PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY 9  INSURANCE COMPANY, and MITCHELL 10  INTERNATIONAL, INC.; | |
| 11      Defendants. | |

12

13

14

15      Plaintiff, Blaise Williams ("Plaintiff") respectfully submits this Notice of

16  Withdrawal of Document Docket Number [87] which was filed on January 13, 2020,

17  as it is a duplicate to Docket Number [88].

18

19  Dated this March 10, 2020.            Respectfully Submitted,

20                                         **STECKLER GRESHAM COCHRAN PLLC**
                                           */s/ Bruce W. Steckler*
21                                         _____
                                           Bruce W. Steckler (TX SBN 00785039)
22                                         (pro hac vice)
                                           bruce@stecklerlaw.com
23                                         Dean Gresham (TX SBN 24027215)
                                           (pro hac vice)
24                                         dean@stecklerlaw.com
                                           Stuart L. Cochran (TX SBN 24027936)
25                                         (pro hac vice)
26                                         stuart@stecklerlaw.com
                                           L. Kirstine Rogers (TX SBN 24033009)
27

28

PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCUMENT
17cv2282

(pro hac vice)
krogers@stecklerlaw.com
12720 Hillcrest Road – Suite 1045
Dallas, TX  75230
Telephone:  972-387-4040
Facsimile:  972-387-4041

**PALTER SIMS MARTINEZ, PLLC**
John T. Palter (TX SBN 15441500)
(pro hac vice)
jpalter@palterlaw.com
8115 Preston Road, Suite 600
Dallas, TX 75225
Telephone: 214-888-3111
Facsimile: 214-888-3109

**FRISELLA LAW, APC**
Lisa Frisella (SBN 216504)
lisa@frisellalaw.com
Kimberly D. Nelson (SBN 216571)
kim@frisellalaw.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Civil Rule 5.4 on March 10, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Bruce W. Steckler*
Bruce W. Steckler

PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCUMENT
17cv2282