FRISELLA LAW, APC
Lisa Frisella (SBN 216504)
lisa@frisellalaw.com
Kimberly D. Nelson (SBN 216571)
kim@frisellalaw.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Tel.: 949.760.0991
Fax: 949.760.5200
*Attorneys for Plaintiff* Blaise Williams

MORGAN, LEWIS & BOCKIUS LLP
Scott T. Schutte (*pro hac vice*)
scott.schutte@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001
*Attorneys for Defendant* Mitchell International, Inc.

[Additional Counsel Identified in Signature Blocks]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Blaise Williams, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Progressive County Mutual Insurance Company, Progressive Corporation, Progressive Casualty Insurance Company, and Mitchell International, Inc.,<br><br>Defendants. | Case No. 17-cv-2282-AJB-BGS<br><br>**JOINT MOTION TO STAY EXPERT DEPOSITIONS AND TO CONTINUE MAY 7, 2020 HEARING, OR IN THE ALTERNATIVE, TO CONDUCT HEARING REMOTELY** |

Plaintiff Blaise Williams and Defendant Mitchell International, Inc. ("Mitchell") (collectively, the "Parties") hereby submit this Joint Motion to Stay Expert Depositions and To Continue the May 7, 2020 Hearing, or in the Alternative, To Conduct Hearing Remotely. In support of this Motion, the Parties state as follows:

1. The original June 6, 2019 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (the "Scheduling Order," Dkt No. 80) included cut-off dates for fact and expert discovery.

2. The Parties completed written and oral fact discovery by the December 30, 2019 deadline.

3. The Parties have exchanged expert reports pursuant to Rule 26(a)(2)(c). Plaintiff and Mitchell each identified one expert witness.

4. The Scheduling Order requires expert discovery to conclude by April 27, 2020.

5. Because of the COVID-19 pandemic and associated social distancing and travel restrictions, the Parties have not been able to confer in-person with their experts. It is unclear whether such in-person meetings will be feasible in the near future. The Parties agree that it would be more efficient to prepare the experts for deposition and to conduct the depositions in person rather than by telephone or video.

6. The briefing on Plaintiff's Motion for Class Certification is complete. A hearing on Plaintiff's Motion currently is set for May 7, 2020. (Dkt No. 105).

7. The Parties respectfully submit that given the COVID-19 pandemic and the pending Motion for Class Certification, it would be most efficient to stay the April 27, 2020 deadline for expert depositions and allow the parties 28 days after the Court rules on Plaintiff's Motion for Class Certification to conduct the two expert depositions.

8. This relief would not significantly delay this case. All other discovery is complete. Once the Court rules on class certification, the Parties agree that the two expert depositions can be conducted over a two-day span in Texas (where both experts are located). Briefing on anticipated motions for summary judgment can then commence within 21 days after the expert depositions.

9. In addition, the Parties request that this Court continue the May 7, 2020 hearing date on Plaintiff's Motion for Class Certification, or allow the May 7, 2020 hearing to proceed remotely (by telephone or video-conference).

10. Order of the Chief Judge No. 18-A states that "[i]n civil cases, the personal appearance of counsel . . . at proceedings, hearings or conferences is excused, unless they are ordered to appear in person by a judicial officer . . . ."

11. On March 24, 2020, this Court extended the hearing date on Plaintiff's Motion for Class Certification until May 7, 2020. (*See* Dkt No. 105.)

12. The Parties respectfully submit that holding the hearing on Plaintiff's Motion for Class Certification in person on May 7, 2020 is not feasible or advisable, as Plaintiff's lead counsel is based in Texas, and Mitchell's lead counsel is based in Chicago, and extensive travel would be required.

13. The Parties submit, however, that an in-person argument would benefit the Court in ruling on Plaintiff's Motion for Class Certification. Accordingly, the Parties joint request that the May 7, 2020 hearing be continued until such time as counsel can appear in person.

14. In the alternative, if the Court prefers to proceed on May 7, 2020, the Parties request that the hearing proceed remotely, either telephonically or via video-conference.

15. For all these reasons, the Parties respectfully request that this Court enter an Order:

    (A) Staying the deadline for conducting the Parties' two expert depositions until 28 days after the Court rules on Plaintiff's Motion for Class Certification; and

Morgan, Lewis &  
Bockius LLP  
Attorneys At Law

2

JOINT MOTION TO STAY EXPERT  
DEPOSITIONS AND CONTINUE  
MAY 7, 2020 HEARING  
CASE NO. 17-CV-2282-AJB-BGS

(B) Continuing the May 7, 2020 hearing on Plaintiff's Motion for Class Certification

Respectfully Submitted,

Dated: April 27, 2020

STECKLER GRESHAM COCHRAN PLLC

By /s/ *Bruce Steckler*
    Bruce Steckler

STECKLER GRESHAM COCHRAN PLLC
Bruce Steckler (TX SBN 00785039)
(*pro hac vice*)
bruce@tecklerlaw.com
Dean Gresham (TX SBN 24027215)
(*pro hac vice*)
dean@stecklerlaw.com
Stuart Cochran (TX SBN 24027936)
(*pro hac vice*)
stuart@stecklerlaw.com
L. Kristine Rogers (TX SBN 24033009)
(*pro hac vice*)
krogers@stecklerlaw.com
12720 Hillcrest Road, Suite 1045
Dallas, TX 75320
Tel: (972) 387-4040
Fax: (972) 387-4041

FRISELLA LAW, APC
Lisa Frisella (SBN 216504)
lisa@frisellalaw.com
Kimberly D. Nelson (SBN 216571)
kim@frisellalaw.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Tel.: 949.760.0991
Fax: 949.760.5200

PALTER SIMS MARTINEZ PLLC
John T. Palter (TX SBN 15441500)
(*pro hac vice*)
jpalter@palterlaw.com
8115 Preston Road, Suite 600
Dallas, TX 75225
Tel: (214) 888-3111
Fax: (214) 888-3109

*Attorneys For Plaintiff*

| | |
|---|---|
| 1 | |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | |
| 4 | By /s/ *Scott Schutte*<br>Scott Schutte |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | Scott T. Schutte (*pro hac vice*)<br>scott.schutte@morganlewis.com |
| 7 | Tedd M. Warden (*pro hac vice*)<br>tedd.warden@morganlewis.com |
| 8 | 77 West Wacker Drive<br>Chicago, IL 60601<br>Tel: 312.324.1000 |
| 9 | Fax: 312.324.1001 |
| 10 | Lisa Veasman (SBN 259050) |
| 11 | lisa.veasman@morganlewis.com<br>300 South Grand Avenue, 22nd Floor |
| 12 | Los Angeles, CA 90071-3132<br>Tel.: 213.612.2500<br>Fax: 213.612.2501 |
| 13 | |
| 14 | GORDON REES SCULLY<br>MANSUKHANI, LLP |
| 15 | Kevin W. Alexander<br>kalexander@gordonrees.com |
| 16 | Matthew Paul Nugent<br>mnugent@gordonrees.com |
| 17 | 101 West Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: 619.696.6700 |
| 18 | Fax: 619.696.7124 |
| 19 | ***Attorneys for Defendant***<br>MITCHELL INTERNATIONAL, INC. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law

4

JOINT MOTION TO STAY EXPERT
DEPOSITIONS AND CONTINUE
MAY 7, 2020 HEARING
CASE NO. 17-CV-2282-AJB-BGS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, I electronically filed the foregoing **JOINT MOTION TO STAY EXPERT DEPOSITIONS AND TO CONTINUE MAY 7, 2020 HEARING, OR IN THE ALTERNATIVE, TO CONDUCT HEARING REMOTELY** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that the participants in the case that are registered CM/ECF users will receive service by the CM/ECF system.

/s/ *Scott Schutte*
Scott Schutte