UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAISE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY, AND MITCHELL INTERNATIONAL, INC.,<br><br>Defendants. | Case No.: 17CV2282 AJB (BGS)<br><br>**ORDER ON JOINT MOTION TO STAY EXPERT DEPOSTIONS AND TO CONTINUE MAY 7, 2020 HEARING, OR IN THE ALTERNATIVE, TO CONDUCT HEARING REMOTELY**<br><br>[ECF 106] |

The parties have filed a Joint Motion seeking to delay two expert depositions until 28 days after a ruling is issued on their motion for class certification. (ECF 106.) The parties want to delay the depositions until they can prepare for and conduct the depositions in-person. (*Id.*) The parties cannot currently meet with their experts in-person to prepare for their depositions or conduct the depositions in-person because of COVID-19 related restrictions. (*Id.*) Additionally, the parties seek to either continue the hearing on the pending motion for class certification until it can be conducted in person or for the hearing to be conducted telephonically or by video conference. (*Id.*)

///

The Court extends the deadline for the parties to conduct the two expert depositions identified in the Joint Motion to **May 29, 2020**. This extension is intended to allow the parties additional time to complete these depositions in-person **or remotely**. If the parties are unable to take the depositions by this date, they must file a new motion to extend the time to complete them at least seven days before the deadline. It must explain why the parties are unable to complete these depositions by the deadline and must specifically address taking the depositions remotely.[1]

The hearing on Plaintiffs' motion for class certification will be heard telephonically before Judge Battaglia on May 7, 2020 at 2:00 pm. The Court will provide the dial-in information to counsel in advance of the hearing. (*See* ECF 107.)

**IT IS SO ORDERED.**

Dated: May 4, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] The parties' preference to take them in-person is not alone sufficient.