MORGAN, LEWIS & BOCKIUS LLP
Scott T. Schutte (*pro hac vice*)
scott.schutte@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601
Tel: +1.312.324.1000
Fax: +1.312.324.1001

*Attorneys for Defendant*
MITCHELL INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Blaise Williams, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Progressive County Mutual Insurance Company, Progressive Corporation, Progressive Casualty Insurance Company, and Mitchell International, Inc.,<br><br>Defendants. | Case No. 17-cv-2282-AJB-BGS<br><br>**DEFENDANT MITCHELL INTERNATIONAL, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. Anthony J. Battaglia |

Morgan, Lewis &
Bockius LLP
Attorneys At Law

NOTICE OF SUPPLEMENTAL AUTHORITY
ISO OPPOSITION TO PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION
CASE NO. 17-CV-2282-AJB-BGS

Defendant Mitchell International, Inc. ("Mitchell") respectfully submits this notice to bring to the Court's attention recent authority that was not available prior to the completion of the briefing schedule for Plaintiff's Motion for Class Certification. (Dkt. No. 85).

The following supplemental authority is attached to this notice as Exhibit A:

- *Curtis v. Progressive Northern Ins. Co.*, No. 17-cv-1076-PRW (W.D. Okla. May 12, 2020) (denying class certification for a lack of commonality where "the answer to the question whether Progressive's use of the WCTL violated law or contract will not result in a common answer for the purported class, and will require an in-depth look at specific claims, which contravenes the purpose of class litigation," and for a lack of typicality where Plaintiff's valuation of her claim through the use of a hired appraiser was counter to her argument "that the putative class members' claims should be valued using the difference between the NADA and WCTL valuations…").

As briefing on Mitchell's Opposition to Plaintiff's Motion for Class Certification is now closed, Mitchell submits this material for the Court's consideration without argument.  However, at the Court's request, Mitchell is willing to present any additional briefing or oral argument that may be deemed helpful in ruling on the Motion for Class Certification.

Respectfully Submitted,

Dated:  May 18, 2020          MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Scott Schutte*
Scott Schutte

MORGAN, LEWIS & BOCKIUS LLP
Scott T. Schutte (*pro hac vice*)
scott.schutte@morganlewis.com
Tedd M. Warden (*pro hac vice*)
tedd.warden@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

-1-

NOTICE OF SUPPLEMENTAL AUTHORITY
ISO OPPOSITION TO PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION
CASE NO. 17-CV-2282-AJB-BGS

77 West Wacker Drive
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001

Lisa Veasman (SBN 259050)
lisa.veasman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501

GORDON REES SCULLY
MANSUKHANI, LLP
Kevin W. Alexander
kalexander@gordonrees.com
Matthew Paul Nugent
mnugent@gordonrees.com
101 West Broadway, Suite 2000
San Diego, CA 92101
Tel: 619.696.6700
Fax: 619.696.7124

***Attorneys for Defendant***
MITCHELL INTERNATIONAL, INC.

Morgan, Lewis &
Bockius LLP
Attorneys At Law

-2-

NOTICE OF SUPPLEMENTAL AUTHORITY
ISO OPPOSITION TO PLAINTIFF'S MOTION
FOR CLASS CERTIFICATION
CASE NO. 17-CV-2282-AJB-BGS