Lisa J. Frisella (SBN 216504)
Kimberly D. Neilson (SBN 216571)
**FRISELLA LAW, APC**
2139 First Ave., Suite 200
San Diego, California 92101
Telephone: (619) 260-3500
Facsimile:  (619) 260-3600
Email: lisa@frisellalaw.com
         kim@frisellalaw.com

Bruce Steckler (SBN 00785039)
Dean Gresham (SBN 24027215)
Stuart Cochran (SBN 24027936)
L. Kirstine Rogers (SBN 24033009)
**STECKLER GRESHAM COCHRAN PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: bruce@stecklerlaw.com
         dean@stecklerlaw.com
         stuart@stecklerlaw.com
         krogers@stecklerlaw.com

John T. Palter (SBN 15441500)
**PALTER SIMS MARTINEZ, PLLC**
8115 Preston Road, Suite 600
Dallas, TX 75225
Telephone: (214) 888-3111
Facsimile: (214) 888-3109
Email: jpalter@palterlaw.com

Attorneys for Plaintiff Blaise Williams
And the Proposed Class

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| BLAISE WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY, and MITCHELL INTERNATIONAL, INC.;<br><br>    Defendants. | CASE NO. 17-cv-2282-AJB-BGS<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. Anthony J. Battaglia |

On May 18, 2020, Defendant filed a Notice attaching *Curtis v. Progressive N. Ins. Co., No.,* CIV-17-1076-PRW, 2020 WL 2461482, (W.D. Okla. May 12, 2020) In *Curtis*, the Plaintiff offered nothing other than an exhibit showing that the NADA value of her vehicle was higher than the amount Progressive offered to pay her based on the WCTL calculation which did not satisfied the commonality requirement. *Id*. at *3. The Court further held that even if the putative class members' damages were evaluated like Plaintiff's, such fact specific, individualized assessments requiring appraiser opinions for each claim would demonstrate lack of commonality. Either way, there was a Rule 23 problem. *Id*. at *4.

    The present case is distinguishable from *Curtis v. Progressive Northern Ins. Co.*, because Plaintiff's claims and applicable Texas statutory law satisfy the

requirements of commonality and typicality, and do not require a fact specific injury analysis. Moreover, Plaintiff is seeking injunctive relief, not monetary damages.

In this case, the threshold issue in this case whether Mitchell violated the Texas Insurance Code by engaging in the "business of insurance" pursuant to its Software and Services Agreement with Texas Progressive. Plaintiff is seeking to enjoin Mitchell from violating the Texas Insurance Code. *Westerm States Asset Management, INC. et al.*, v. *AIX Specialty Ins. Co.*, No. 3:13-cv-00234-M, 2013 WL 3349514, at *5-6 (N.D. Tex. 2013).

The questions of common fact and law include:

1. Whether Mitchell is an "adjuster" under the Texas Insurance Code;

2. Whether Mitchell's WCTL methodology results in ACV as required by the Policies; and

3. Whether Mitchell tortiously interfered with the Texas Policies.

These issues satisfy the commonality and typicality as they are "binary" and "objective."    *Moorer v. Stemgenex Med. Grp., Inc.*, 2019 WL 2602536 (S.D. Cal. June 25, 2019)

The facts and the claims before this Court are clearly distinguishable from *Curtis v. Progressive Northern Ins. Co.* and do not require a specific injury analysis.

Should the court wish further briefing, Plaintiffs would ask for the opportunity to briefly set forth why the *Curtis v. Progressive* case is not on point and does not support Defendant's opposition to certification.


Dated this May 20, 2020.                    Respectfully Submitted,

                                           **STECKLER GRESHAM COCHRAN PLLC**
                                           */s/ Bruce W. Steckler*
                                           Bruce W. Steckler (TX SBN 00785039)
                                           (pro hac vice)
                                           bruce@stecklerlaw.com
                                           Dean Gresham (TX SBN 24027215)

(pro hac vice)
dean@stecklerlaw.com
Stuart L. Cochran (TX SBN 24027936)
(pro hac vice)
stuart@stecklerlaw.com
L. Kirstine Rogers (TX SBN 24033009)
(pro hac vice)
krogers@stecklerlaw.com
12720 Hillcrest Road – Suite 1045
Dallas, TX  75230
Telephone:  972-387-4040
Facsimile:  972-387-4041

**PALTER SIMS MARTINEZ, PLLC**
John T. Palter (TX SBN 15441500)
(pro hac vice)
jpalter@palterlaw.com
8115 Preston Road, Suite 600
Dallas, TX 75225
Telephone: 214-888-3111
Facsimile: 214-888-3109

**FRISELLA LAW, APC**
Lisa Frisella (SBN 216504)
lisa@frisellalaw.com
Kimberly D. Nelson (SBN 216571)
kim@frisellalaw.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200

*Attorneys for Plaintiff*

PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
17cv2282

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Civil Rule 5.4 on May 20, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Bruce W. Steckler*
Bruce W. Steckler