Lisa J. Frisella (SBN 216504)
Kimberly D. Neilson (SBN 216571)
**FRISELLA LAW, APC**
2139 First Ave., Suite 200
San Diego, California 92101
Telephone: (619) 260-3500
Facsimile:  (619) 260-3600
Email: lisa@frisellalaw.com
            kim@frisellalaw.com

Bruce Steckler (SBN 00785039)
Stuart Cochran (SBN 24027936)
**STECKLER WAYNE COCHRAN PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Telephone: (972) 387-4040
Facsimile: (972) 387-4041
Email: bruce@swclaw.com
            stuart@swclaw.com

John T. Palter (SBN 15441500)
**PALTER SIMS MARTINEZ, PLLC**
8115 Preston Road, Suite 600
Dallas, TX 75225
Telephone: (214) 888-3111
Facsimile: (214) 888-3109
Email: jpalter@palterlaw.com

Attorneys for Plaintiff Blaise Williams
And the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAISE WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY, and MITCHELL INTERNATIONAL, INC.;<br><br>    Defendants. | CASE NO. 17-cv-2282-AJB-BGS<br><br><br>**JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Blaise Williams ("Williams" or "Plaintiff") and Defendant Mitchell International, Inc. ("Mitchell" or "Defendant") have reached an agreement with respect to this case and, as evidenced by the signatures of counsel for the Parties below, stipulate to the dismissal of this action **without prejudice** as to Williams' right to refile the claims asserted in this action in the State of California. The parties stipulate to the following:

1.     On November 8, 2017, Williams filed a Class Action Complaint for Breach of Contract, Tortious Interference with Contract, Violations of Texas Insurance Code, Breach of Implied of Good Faith and Fair Dealing, Civil Conspiracy, and Declaratory and Injunctive Relief against PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY, (Collectively "Progressive") and Mitchell

as Defendants (Doc. No. 1).

2.    On February 6, 2018, Plaintiff filed his First Amended Complaint against Progressive and Mitchell (Doc. No. 38) (the "First Amended Complaint").

3.    On March 29, 2019, this Court granted Progressive's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), (2) (Doc. No. 47), and dismissed Progressive from this lawsuit.  Williams subsequently filed a case against Progressive in the State District Court in Travis County, Texas (the "Progressive Texas Lawsuit")

4.    On January 13, 2020, Williams filed his Motion for Class Certification (Doc. No. 85).

5.    On December 3, 2020, the Court denied Williams' Motion for Class Certification (Doc. No. 126).

6.    On December 31, 2020 the Court ordered Williams and Mitchell to participate in a Mandatory Settlement Conference (Doc. No. 129), which was scheduled for February 3, 2021.

8.    During the February 3, 2021 Mandatory Settlement Conference, Williams and Mitchell agreed that this matter shall be dismissed **without prejudice** as to the right of Williams to refile the claims asserted in the Complaint in the Court of competent jurisdiction in the State of California only, and in no other State (whether in state or federal court), subject to any and all defenses available to Mitchell if Williams chooses to refile.

**THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE,** by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), to dismiss the above-captioned matter **without prejudice** as to Plaintiff's right to refile this case against Defendant in a court of competent jurisdiction in the State of California, and in no other State. This stipulation and dismissal completely terminate the above-entitled action against all Parties. Nothing in the Stipulation and Order shall prevent Williams from issuing, or

preclude Mitchell from responding to, discovery properly issued to Mitchell by Williams in connection with the Progressive Texas Lawsuit. Each party will bear its/his own attorneys' fees and costs.

   **IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above-captioned matter is dismissed **without prejudice** to Plaintiff's right to refile this case against Defendant in a court of competent jurisdiction in the State of California, and in no other State. Nothing in the Stipulation and Order shall prevent Williams from issuing, or preclude Mitchell from responding to, discovery properly issued to Mitchell by Williams in connection with the Progressive Texas Lawsuit. Each party bear its/his own attorneys' fees and costs.

   SIGNED this _____ day of _____, 2021.


   _____
   **Judge, United States District Court**

1   **AGREED:**

2   STECKLER WAYNE COCHRAN PLLC

3    */s/ Bruce W. Steckler*

4   Bruce W. Steckler

5   STECKLER WAYNE COCHRAN PLLC
    Bruce Steckler (TX SBN 00785039)
6    (pro hac vice)
    bruce@swclaw.com
7   Stuart Cochran (TX SBN 24027936)
     (pro hac vice)
8   stuart@swclaw.com
    12720 Hillcrest Road, Suite 1045
9   Dallas, TX 75320
    Tel: (972) 387-4040
10  Fax: (972) 387-4041

11  Frisella Law, APC
    Lisa Frisella (SBN 216504)
12  lisa@frisellalaw.com
    Kimberly D. Nelson (SBN 216571)
13  kim@frisellalaw.com
    840 Newport Center Drive, Suite 400
14  Newport Beach, CA 92660
    Tel.: 949.760.0991
15  Fax: 949.760.5200

16  PALTER SIMS MARTINEZ PLLC
    John T. Palter (TX SBN 15441500)
17  (pro hac vice)
    jpalter@palterlaw.com
18  8115 Preston Road, Suite 600
    Dallas, TX 75225
19  Tel: (214) 888-3111
    Fax: (214) 888-3109

20
    **ATTORNEYS FOR PLAINTIFF**
21

22  MORGAN, LEWIS & BOCKIUS LLP

23   */s/ Scott T. Schutte*

24  Scott T. Schutte

25  MORGAN, LEWIS & BOCKIUS LLP
    Scott T. Schutte (pro hac vice)
26  scott.schutte@morganlewis.com
    Tedd M. Warden (pro hac vice)
27  tedd.warden@morganlewis.com
    77 West Wacker Drive

28

Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001

Lisa Veasman (SBN 259050)
lisa.veasman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501
GORDON REES SCULLY
MANSUKHANI, LLP
Kevin W. Alexander
kalexander@gordonrees.com
Matthew Paul Nugent
mnugent@gordonrees.com
101 West Broadway, Suite 2000
San Diego, CA 92101
Tel: 619.696.6700
Fax: 619.696.7124

***Attorneys for Defendant***
**MITCHELL INTERNATIONAL, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2021, I electronically filed the foregoing Joint Stipulation and Agreed Order of Dismissal with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that the participants in the case that are registered CM/ECF users will receive service by the CM/ECF system.

*/s/ Bruce W. Steckler*
Bruce W. Steckler