UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BLAISE WILLIAMS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, PROGRESSIVE CORPORATION, PROGRESSIVE CASUALTY INSURANCE COMPANY, and MITCHELL INTERNATIONAL, INC.;

Defendants.

CASE NO. 17-cv-2282-AJB-BGS

**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

**(Doc. No. 131)**

Pursuant to the parties' joint motion, that the above-captioned matter is dismissed **without prejudice** to Plaintiff's right to refile this case against Defendant in a court of competent jurisdiction in the State of California, and in no other State. Nothing in the Stipulation will prevent Williams from issuing, or preclude Mitchell from responding to, discovery properly issued to Mitchell by Williams in connection

///

with the Progressive Texas Lawsuit. Each party bear its/his own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 12, 2021

Hon. Anthony J. Battaglia
United States District Judge

**AGREED:**

STECKLER WAYNE COCHRAN PLLC

*/s/ Bruce W. Steckler*
Bruce W. Steckler

STECKLER WAYNE COCHRAN PLLC
Bruce Steckler (TX SBN 00785039)
(pro hac vice)
bruce@swclaw.com
Stuart Cochran (TX SBN 24027936)
(pro hac vice)
stuart@swclaw.com
12720 Hillcrest Road, Suite 1045
Dallas, TX 75320
Tel: (972) 387-4040
Fax: (972) 387-4041

Frisella Law, APC
Lisa Frisella (SBN 216504)
lisa@frisellalaw.com
Kimberly D. Nelson (SBN 216571)
kim@frisellalaw.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Tel.: 949.760.0991
Fax: 949.760.5200

PALTER SIMS MARTINEZ PLLC
John T. Palter (TX SBN 15441500)
(pro hac vice)
jpalter@palterlaw.com
8115 Preston Road, Suite 600
Dallas, TX 75225
Tel: (214) 888-3111
Fax: (214) 888-3109

**ATTORNEYS FOR PLAINTIFF**

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Scott T. Schutte*
Scott T. Schutte

MORGAN, LEWIS & BOCKIUS LLP
Scott T. Schutte (pro hac vice)
scott.schutte@morganlewis.com
Tedd M. Warden (pro hac vice)
tedd.warden@morganlewis.com
77 West Wacker Drive
Chicago, IL 60601
Tel: 312.324.1000
Fax: 312.324.1001

Lisa Veasman (SBN 259050)
lisa.veasman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501
GORDON REES SCULLY
MANSUKHANI, LLP
Kevin W. Alexander
kalexander@gordonrees.com
Matthew Paul Nugent
mnugent@gordonrees.com
101 West Broadway, Suite 2000
San Diego, CA 92101
Tel: 619.696.6700
Fax: 619.696.7124

*Attorneys for Defendant*
**MITCHELL INTERNATIONAL, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2021, I electronically filed the foregoing Joint Stipulation and Agreed Order of Dismissal with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that the participants in the case that are registered CM/ECF users will receive service by the CM/ECF system.

*/s/ Bruce W. Steckler*
Bruce W. Steckler